## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TRUSTEES OF THE NATIONAL** | : | |
| **ELEVATOR INDUSTRY PENSION,** | : | |
| **HEALTH BENEFIT, EDUCATIONAL,** | : | |
| **ELEVATOR INDUSTRY WORK** | : | **CIVIL ACTION NO. 11-2870** |
| **PRESERVATION FUNDS, ELEVATOR** | : | |
| **CONSTRUCTORS ANNUITY AND** | : | |
| **401(K) RETIREMENT PLAN,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **The Elevator Guild, LLC, et al.,** | : | |
| **Defendants.** | : | |
| | : | |

## ORDER

**AND NOW,** this 23rd day of January 2013, upon consideration of Plaintiff's unopposed Motion for Summary Judgment [Doc. No. 17], and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion is **GRANTED** as to defendant Goetting's liability.

Plaintiff's request for attorneys' fees and costs, as set forth in the Motion for Summary Judgment, is **GRANTED.** Defendants, the Elevator Guild, LLC and Christian Goetting, are jointly and severally liable for the reasonable attorneys' fees and costs sought, in the total amount of $8,966.25.

As Plaintiffs have not adequately substantiated the other damages requested, it is further **ORDERED** that Plaintiffs must submit supplemental documentation of damages on or before February 7, 2013, which submission must outline the amounts allegedly owed and the basis for that calculation on a month-by-month basis. Any response from Defendants must be filed on or

before February 15, 2013.

It is so **ORDERED**.

**BY THE COURT:**

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**